# Exhibit E

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| Claim 1 | Temenos Journey Manager Platform |
|---|---|
| 1.  A method to obtain data from abandoned electronic forms, the method comprising: | Temenos "obtain[s] data from abandoned electronic forms." *See, e.g.*,<br><br>## Temenos Journey Manager Overview<br><br>📦 Platform \| 👤 All Personas \| 🕐 All versions<br><br>The Temenos Journey Manager platform is a system of engagement that enables banks to create a seamless orchestration between the acquisition of customer data and the back-end system of record. It lives in between your customer acquisition channels and your back-end systems, usually alongside your existing web CMS platform. This allows the Temenos Journey Manager platform to maintain the loose coupling between the customer channels coming in from multiple sources, and the back-end systems without needing major architectural changes to the existing infrastructure.<br><br>https://journey.temenos.com/docs/Platform/PlatformOverview.htm<br><br>Journey Analytics captures customer behavior to drive detailed form transaction analytics on how to reduce friction and abandonment within the web form applications. It allows you to watch transaction progress and monitor completion rates, bounce rates, and submission volume for different devices and forms. You can test new ideas with the standard Form A/B Testing in Manager or the more granular metrics with Custom Reports in Journey Analytics to instantly monitor results. Then when changes are needed, adjustments are data-driven similar to a web content manager, no coding changes required. This allows rapid deployment in a few clicks, no need for waiting on test and release cycles.<br><br>*Id.* |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform



*Id*. (image at https://journey.temenos.com/docs/Resources/Images/TransactPlatform/PlatformComponents2.png)

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

## Journey Analytics Overview

🎁 **Journey Analytics** | 👤 **Analytics User** | ☁ **Latest Version**

Journey Analytics, formerly known as Transact Insights, is a purpose-built behavioral analytics module that provides additional extensive analytics on your applications hosted on the Temenos Journey Manager (TJM) platform.

Once set up, Journey Analytics aims to assist customers to track the performance of their applications on their Temenos Journey Manager (TJM) platform from an analytical perspective. Journey Analytics provides a wide variety of analytical views that capture completion analysis for one or more applications. As well as these features, Journey Analytics also supports rich filters that allow customers to understand the device type, browser and other attributes of the devices used to complete applications.

Journey Analytics must be enabled for Maestro, Composer or Open UX applications in Journey Manager to be able to collect Journey Analytics data.

A key value Journey Analytics offers is the behavioral analytics to assist our customers to understand user engagement with the form, the effort it takes to submit an application, and where users are abandoning their applications.
https://journey.temenos.com/docs/Insights/Overview.htm

4. Field Analysis View - provides detailed field-level statistics for each section of the application being analyzed. It also helps to identify abandonment hotspots by aggregating all field level behavioral data for all transactions during the selected time frame. In v18.05 and earlier this view is accessed through the Dropoff View.

*Id.*

## Transaction Status

Transactions on Journey Manager may progress through any of the following statuses; Open, Bounced, Started, Saved, Completed, Abandoned.

*Id.*

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform



*Id.* (image at
https://journey.temenos.com/docs/Resources/Images/JourneyAnalytics/VIS_updated_architecture_diagram_no_title_thumb_780_0.png)

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| determining that an electronic form accessed by a user has been abandoned by the user, | Temenos "determin[es] that an electronic form accessed by a user has been abandoned by the user." Temenos explicitly determines whether a form is abandoned as collected event data. *See, e.g.*, <br><br> **Journey Analytics Overview** <br><br> 🛡 Journey Analytics  \|  👤 Analytics User \| ☁ Latest Version <br><br> Journey Analytics, formerly known as Transact Insights, is a purpose-built behavioral analytics module that provides additional extensive analytics on your applications hosted on the Temenos Journey Manager (TJM) platform. <br><br> Once set up, Journey Analytics aims to assist customers to track the performance of their applications on their Temenos Journey Manager (TJM) platform from an analytical perspective. Journey Analytics provides a wide variety of analytical views that capture completion analysis for one or more applications. As well as these features, Journey Analytics also supports rich filters that allow customers to understand the device type, browser and other attributes of the devices used to complete applications. <br><br> Journey Analytics must be enabled for Maestro, Composer or Open UX applications in Journey Manager to be able to collect Journey Analytics data. <br><br> A key value Journey Analytics offers is the behavioral analytics to assist our customers to understand user engagement with the form, the effort it takes to submit an application, and where users are abandoning their applications. <br> https://journey.temenos.com/docs/Insights/Overview.htm <br><br> 4. Field Analysis View - provides detailed field-level statistics for each section of the application being analyzed. It also helps to identify abandonment hotspots by aggregating all field level behavioral data for all transactions during the selected time frame. In v18.05 and earlier this view is accessed through the Dropoff View. <br> *Id.* <br> **Transaction Status** <br> Transactions on Journey Manager may progress through any of the following statuses; Open, Bounced, Started, Saved, Completed, Abandoned. <br> *Id.* |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform



*Id.* (image at
https://journey.temenos.com/docs/Resources/Images/JourneyAnalytics/VIS_updated_architecture_diagram_no_title_thumb_780_0.png)

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| the electronic form having embedded computer-executable instructions and one or more fields configured to accept user-entered text, the electronic form comprising at least one hypertext markup language (HTML) element associated with the one or more fields, the at least one HTML element having at least one attribute; | Temenos' method includes an "electronic form having embedded computer-executable instructions and one or more fields configured to accept user-entered text, the electronic form comprising at least one hypertext markup language (HTML) element associated with the one or more fields, the at least one HTML element having at least one attribute." *See, e.g.*, <br><br> ## Maestro Form Architecture <br><br> 🔷 **Maestro** \| 👤 **Form Builder** \| 🕐 **All versions** <br><br> A Maestro form is a web document, also known as a web application, designed to capture user's data and perform some synchronous or asynchronous actions. In order to do so, each form is built based on the certain architecture. When you create a form in the Maestro Editor, it applies these architectural principles for you, so you have to understand them to use the tool efficiently. <br> https://journey.temenos.com/docs/Forms/maestro-form-architecture.htm |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

## Form Items

Each form item in Maestro is uniquely identified by a field Id. Maestro generates these field Ids based on the name of the field but also allows you to override the generated value and manually specify a field Id so long as they are unique in the context of the form.

Having guaranteed unique field Ids for all items within a form allows us to have a flat list (array) representation containing all items in the form, making access to these items much simpler than having to navigate a view hierarchy to find them.

Items can contain UI elements, but also have properties and rules associated with them. By way of demonstration, consider a mandatory first name field that has a maximum length of 120 characters and a visibility rule:

```
▼ firstName
      id = "firstName"
      label = "First Name"
    ▼ properties
         helpText = "Enter your..."
         maxChars = 120
    ▼ rules
         mandatory = true
         visiblility = "data.eligible == true"
```

*Id.*

## Journey Manager Overview

🔷 **Journey Manager (JM)**  |  👤 **System Manager / DevOps** | ↻ **21.05**

Journey Manager is the heart of the Temenos Journey Manager platform. It is a system of engagement, purpose-built to manage customer onboarding and customer journeys, such as account opening and servicing.

https://journey.temenos.com/docs/Manager/ManagerOverview.htm

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| | Manager provides the following core capabilities:<br><br>• Form hosting - multiple forms can be hosted centrally and be made accessible to applicants by embedding links to the forms into organization's web pages or by using form search engines. You can also manage forms and process submissions made by users.<br><br>*Id.* |
| obtaining data from the abandoned electronic form with the embedded computer-executable instructions by building a data structure based on the abandoned electronic form and parsing the data to obtain the at least one HTML element; | Temenos "obtain[s] data from the abandoned electronic form with the embedded computer-executable instructions by building a data structure based on the abandoned electronic form and parsing the data to obtain the at least one HTML element." *See, e.g.*,<br><br>## Field Analysis View<br><br>⬡ Journey Analytics  \|  👤 Analytics User \| ☁ Latest Version<br><br>The Journey Analytics Field Analysis View displays detailed field-level statistics for a selected section (or All Sections) for all transactions within the selected scope. Use this view to identify abandonment hotspots, optimization opportunities and to understand how users interact with fields within the selected sections.<br><br>https://journey.temenos.com/docs/Insights/InsightsFieldAnalysis.htm |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform



For each field, the field-level rate indicates the number of transactions where the field was the last to receive user interaction before the transaction was abandoned. In addition to the raw transaction counts, the ratio of total abandoned transactions is also displayed. It's important to examine the actual form design as the culprit field may be a field immediately before or even after the field associated with high abandonment.

Refer to the screenshot example and note the high rate of abandonment for State of Issue field. It may be the case that users face friction with State of Issue Field itself or that users look to the field immediately after State of Issue field, and decide not to proceed with the transaction. Because the last field interacted with in the section was the State of Issue field, its marked as an area of high abandonment.

*Id.*

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

## Form Background Save

🔹 **Maestro** |  👤 **Form Builder** | 🕐 **All versions**

Journey Maestro has the background save functionality that automatically saves a form to a Journey Manager server in the background, without a user having to explicitly click the **Save** button. The background save option must be enabled for the form to be saved each time the user moves from one page to another.

Background save allows a user to return to a form even if something goes wrong while they are entering data. For example, the user is completing a 10-page form and they get to page 8 and all of a sudden, their computer locks up and closes the browser. With background save enabled, this data can be recovered using the form reference code, so the user can return to page 8 of the form. Though the user may lose the data of the page they were currently on when the computer locked up, redoing one page of data is much better than having to redo all 7 of the previous pages.

https://journey.temenos.com/docs/Forms/FormOptions/FormBackgroundSaveOverview.htm

## Delivery Channels Overview

🔹 **Journey Manager (JM)** |  👤 **System Manager / DevOps** | ↻ **21.05**

Journey Manager comes with several delivery channels to allow you to send user form submissions to a platform backend or a third-party system for processing. After a user submits a form, a delivery channel determines what happens to the submitted, abandoned or invalid form transactions.

A delivery channel transfers submitted user form details to a platform back-end or to a third-party system using one of the following mechanisms:

1. PDF receipt - a readable copy of a form with user details.
2. Form XML data - a machine-readable copy of form details in XML format.
3. Attachment - a file which is a part of a form submission, for example, a copy of a driver license.

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| | https://journey.temenos.com/docs/DeliveryChannels/DeliveryChannelsOverview.htm |
| | **Form Data Configuration Overview** |
| | ❖ **Journey Manager (JM)** \| 👤 **Platform Developer** \| 🕐 **All versions** |
| | Manager uses XML format to represent data it is working with. Manager automatically generates a default XML data structure to handle the data passed between the server and a form. When a user selects a form, Manager starts to controls the data flow that can be one of the followings: |
| | https://journey.temenos.com/docs/Forms/Data/FormDataConfigurationOverview.htm |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

# Form XML Data Payload

**Maestro** | **Form Builder** | **All versions**

Each Journey Maestro form has the XML Data Payload, which is the XML layer that represents the user's input data of the form and is used for external systems integration. This layer is created when a form is built. Most components are added to the XML layer by default, except for pages, sections, blocks, and data fields. For more information, see data model overview.

The default form XML data payload is a flat structure XML document, which only includes components, but not the hierarchy they belong to. This is illustrated by the following form with two fields, First Name and Surname, that appear in two different sections of the form.



https://journey.temenos.com/docs/Forms/Data/FormXMLDataPayload.htm

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| storing one or more of the at least one HTML element, the at least one attribute, and the user-entered text. | Temenos "stor[es] one or more of the at least one HTML element, the at least one attribute, and the user-entered text." *See, e.g.,*<br><br><br><br>https://journey.temenos.com/docs/Operations/ViewAbandonedTransactions.htm |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

|  | To search the abandoned transactions list by one or more criteria, specify the following settings and click **Search**:<br><br>• Spaces<br>• Transaction Score<br>• Abandonment Type: User, System, Administrator, or Ineligible.<br>• Transaction text, or part of a transaction text.<br>• Name<br>• Start Date and End Date.<br><br>*Id.* |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

## Abandoned Transactions View

🔹 Journey Manager (JM)  |  👤 System Manager / DevOps  |  📦 22.04

Journey Manager allows you to view abandoned transactions so you can inspect them and make some corrective actions, such as changing their status. You can interact with these transactions on the Abandoned Transactions view. This view appears on the Operations portal's List screen. For general information about the List screen, see Manage Transactions.

> ℹ️ **NOTE**
>
> The Abandoned Transactions view is the same as the **Operations > Abandoned Transactions** menu item in the Journey Manager console. For more information about this menu item, see View Abandoned Transactions.



By default, the Abandoned Transactions view shows transactions that satisfy the following conditions.

- `formStatus` is Abandoned.

https://journey.temenos.com/docs/operations-portal/op-view-abandoned-txns.htm

—16—

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

**Item List**

The item list in this view includes the following fields.

**Tracking Code**

A transaction identifier, globally unique in your Journey Manager database. For more information about tracking codes, see Configure Receipt Numbers and Tracking Codes.

**Form**

The name of a Maestro form. For more information about forms, see Maestro Forms.

**Organization**

A business entity or part thereof, such as a company, government department, or product group. For more information about organizations, see Introduction to Organizations and Organizations Overview.

**Created On**

When the transaction was created.

**Form Status**

The status of a form transaction. For more information about form status, see Transaction Support Search.

**Time**

The transaction's request time; that is, when it was created.

**Space**

The transaction's form space. For more information about form spaces, see Form Spaces Overview.

**Data Deleted**

The transaction's user PII data has been deleted.

**User / Contact Email**

The user who created the transaction or their contact email address.

*Id.*

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

| | |
|---|---|
| | ## Field Analysis View<br><br>**◈ Journey Analytics  |  👤 Analytics User  |  ☁ Latest Version**<br><br>The Journey Analytics Field Analysis View displays detailed field-level statistics for a selected section (or All Sections) for all transactions within the selected scope. Use this view to identify abandonment hotspots, optimization opportunities and to understand how users interact with fields within the selected sections.<br><br>https://journey.temenos.com/docs/Insights/InsightsFieldAnalysis.htm |

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform



For each field, the field-level rate indicates the number of transactions where the field was the last to receive user interaction before the transaction was abandoned. In addition to the raw transaction counts, the ratio of total abandoned transactions is also displayed. It's important to examine the actual form design as the culprit field may be a field immediately before or even after the field associated with high abandonment.

Refer to the screenshot example and note the high rate of abandonment for State of Issue field. It may be the case that users face friction with State of Issue Field itself or that users look to the field immediately after State of Issue field, and decide not to proceed with the transaction. Because the last field interacted with in the section was the State of Issue field, its marked as an area of high abandonment.

*Id.*

**EXHIBIT E**
**U.S. Patent No. 9,286,282**
Temenos Journey Manager Platform

# Form Background Save

🔷 **Maestro** | 👤 **Form Builder** | 🕐 **All versions**

Journey Maestro has the background save functionality that automatically saves a form to a Journey Manager server in the background, without a user having to explicitly click the **Save** button. The background save option must be enabled for the form to be saved each time the user moves from one page to another.

Background save allows a user to return to a form even if something goes wrong while they are entering data. For example, the user is completing a 10-page form and they get to page 8 and all of a sudden, their computer locks up and closes the browser. With background save enabled, this data can be recovered using the form reference code, so the user can return to page 8 of the form. Though the user may lose the data of the page they were currently on when the computer locked up, redoing one page of data is much better than having to redo all 7 of the previous pages.

https://journey.temenos.com/docs/Forms/FormOptions/FormBackgroundSaveOverview.htm