# Exhibit F

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| Claim 17 | Temenos Journey Manager Platform |
|---|---|
| 17. A method to obtain data from incomplete electronic forms, the method comprising: | Temenos "obtain[s] data from incomplete electronic forms."  *See, e.g.,*<br><br>**Temenos Journey Manager Overview**<br><br>📦 Platform \|  👤 All Personas \| 🕐 All versions<br><br>The Temenos Journey Manager platform is a system of engagement that enables banks to create a seamless orchestration between the acquisition of customer data and the back-end system of record. It lives in between your customer acquisition channels and your back-end systems, usually alongside your existing web CMS platform. This allows the Temenos Journey Manager platform to maintain the loose coupling between the customer channels coming in from multiple sources, and the back-end systems without needing major architectural changes to the existing infrastructure.<br><br>https://journey.temenos.com/docs/Platform/PlatformOverview.htm<br><br>Journey Analytics captures customer behavior to drive detailed form transaction analytics on how to reduce friction and abandonment within the web form applications. It allows you to watch transaction progress and monitor completion rates, bounce rates, and submission volume for different devices and forms. You can test new ideas with the standard Form A/B Testing in Manager or the more granular metrics with Custom Reports in Journey Analytics to instantly monitor results. Then when changes are needed, adjustments are data-driven similar to a web content manager, no coding changes required. This allows rapid deployment in a few clicks, no need for waiting on test and release cycles.<br><br>*Id.* |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



*Id*. (image at https://journey.temenos.com/docs/Resources/Images/TransactPlatform/PlatformComponents2.png)

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Journey Analytics Overview

🎁 **Journey Analytics** | 👤 **Analytics User** | ☁️ **Latest Version**

Journey Analytics, formerly known as Transact Insights, is a purpose-built behavioral analytics module that provides additional extensive analytics on your applications hosted on the Temenos Journey Manager (TJM) platform.

Once set up, Journey Analytics aims to assist customers to track the performance of their applications on their Temenos Journey Manager (TJM) platform from an analytical perspective. Journey Analytics provides a wide variety of analytical views that capture completion analysis for one or more applications. As well as these features, Journey Analytics also supports rich filters that allow customers to understand the device type, browser and other attributes of the devices used to complete applications.

Journey Analytics must be enabled for Maestro, Composer or Open UX applications in Journey Manager to be able to collect Journey Analytics data.

A key value Journey Analytics offers is the behavioral analytics to assist our customers to understand user engagement with the form, the effort it takes to submit an application, and where users are abandoning their applications.
https://journey.temenos.com/docs/Insights/Overview.htm

4. Field Analysis View - provides detailed field-level statistics for each section of the application being analyzed. It also helps to identify abandonment hotspots by aggregating all field level behavioral data for all transactions during the selected time frame. In v18.05 and earlier this view is accessed through the Dropoff View.

*Id.*

## Transaction Status

Transactions on Journey Manager may progress through any of the following statuses; Open, Bounced, Started, Saved, Completed, Abandoned.

*Id.*

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



*Id.* (image at
https://journey.temenos.com/docs/Resources/Images/JourneyAnalytics/VIS_updated_architecture_diagram_no_title_thumb_780_0.png)

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| assessing an incomplete electronic form comprising at least one hypertext markup language (HTML) element and user-entered text entered by a user; | Temenos "assess[es] an incomplete electronic form comprising at least one hypertext markup language (HTML) element and user-entered text entered by a user." Temenos explicitly assesses forms even when they are incomplete by collecting and evaluating information in the background. *See, e.g.*, |
|---|---|
| | **Journey Exchange Overview**<br><br>🔷 Exchange  \|  👤 Platform Developer \| 🕐 All versions<br><br>The Journey Exchange is a catalog of pre-integrated FinTech applications written for Maestro, such as Mitek, FIS, Mastersoft, and LexisNexis, to extend the power of the Temenos Journey Manager (TJM) platform.<br><br>These third party integration packages are made available to our Journey Manager customers for use in their online customer applications. A list of published and available packages per region is maintained at: Exchange Packages<br><br>The Journey Exchange catalog has been integrated into Journey Manager from 18.05 to allow you to easily download Exchange packages directly into your Manager environment.<br><br>You will need Exchange permissions to be able to do this. However, for all earlier versions of Manager, a zip file gives you access to the Exchange package services and Maestro assets. To find out more, refer to:<br><br>https://journey.temenos.com/docs/Exchange/ExchangeOverview.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



*Id*. (image at
https://journey.temenos.com/docs/Resources/Images/Exchange/exchange_architecture_diagram_new_names_thumb_780_0.png)

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Journey Analytics Overview

🎁 **Journey Analytics**  |  👤 **Analytics User** | ☁ **Latest Version**

Journey Analytics, formerly known as Transact Insights, is a purpose-built behavioral analytics module that provides additional extensive analytics on your applications hosted on the Temenos Journey Manager (TJM) platform.

Once set up, Journey Analytics aims to assist customers to track the performance of their applications on their Temenos Journey Manager (TJM) platform from an analytical perspective. Journey Analytics provides a wide variety of analytical views that capture completion analysis for one or more applications. As well as these features, Journey Analytics also supports rich filters that allow customers to understand the device type, browser and other attributes of the devices used to complete applications.

Journey Analytics must be enabled for Maestro, Composer or Open UX applications in Journey Manager to be able to collect Journey Analytics data.

A key value Journey Analytics offers is the behavioral analytics to assist our customers to understand user engagement with the form, the effort it takes to submit an application, and where users are abandoning their applications.
https://journey.temenos.com/docs/Insights/Overview.htm

4. Field Analysis View - provides detailed field-level statistics for each section of the application being analyzed. It also helps to identify abandonment hotspots by aggregating all field level behavioral data for all transactions during the selected time frame. In v18.05 and earlier this view is accessed through the Dropoff View.

*Id.*

## Transaction Status

Transactions on Journey Manager may progress through any of the following statuses; Open, Bounced, Started, Saved, Completed, Abandoned.

*Id.*

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



*Id.* (image at
https://journey.temenos.com/docs/Resources/Images/JourneyAnalytics/VIS_updated_architecture_diagram_no_title_thumb_780_0.png)

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Maestro Form Architecture

📦 **Maestro**  |  👤 **Form Builder** | 🕐 **All versions**

A Maestro form is a web document, also known as a web application, designed to capture user's data and perform some synchronous or asynchronous actions. In order to do so, each form is built based on the certain architecture. When you create a form in the Maestro Editor, it applies these architectural principles for you, so you have to understand them to use the tool efficiently.

https://journey.temenos.com/docs/Forms/maestro-form-architecture.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Form Items

Each form item in Maestro is uniquely identified by a field Id. Maestro generates these field Ids based on the name of the field but also allows you to override the generated value and manually specify a field Id so long as they are unique in the context of the form.

Having guaranteed unique field Ids for all items within a form allows us to have a flat list (array) representation containing all items in the form, making access to these items much simpler than having to navigate a view hierarchy to find them.

Items can contain UI elements, but also have properties and rules associated with them. By way of demonstration, consider a mandatory first name field that has a maximum length of 120 characters and a visibility rule:

```
▼ firstName
    id = "firstName"
    label = "First Name"
    ▼ properties
        helpText = "Enter your..."
        maxChars = 120
    ▼ rules
        mandatory = true
        visiblility = "data.eligible == true"
```

*Id.*

# Journey Manager Overview

🔷 **Journey Manager (JM)**  |  👤 **System Manager / DevOps** | ↻ **21.05**

Journey Manager is the heart of the Temenos Journey Manager platform. It is a system of engagement, purpose-built to manage customer onboarding and customer journeys, such as account opening and servicing.

https://journey.temenos.com/docs/Manager/ManagerOverview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | Manager provides the following core capabilities:<br><br>• Form hosting - multiple forms can be hosted centrally and be made accessible to applicants by embedding links to the forms into organization's web pages or by using form search engines. You can also manage forms and process submissions made by users.<br><br>*Id*. |
| obtaining a protocol of at least one webpage associated with the incomplete electronic form; | Temenos' method includes "obtaining a protocol of at least one webpage associated with the incomplete electronic form."<br>*See, e.g.*,<br><br>## Form Background Save<br><br>🔷 **Maestro \|** 👤 **Form Builder \|** 🕐 **All versions**<br><br>Journey Maestro has the background save functionality that automatically saves a form to a Journey Manager server in the background, without a user having to explicitly click the **Save** button. The background save option must be enabled for the form to be saved each time the user moves from one page to another.<br><br>Background save allows a user to return to a form even if something goes wrong while they are entering data. For example, the user is completing a 10-page form and they get to page 8 and all of a sudden, their computer locks up and closes the browser. With background save enabled, this data can be recovered using the form reference code, so the user can return to page 8 of the form. Though the user may lose the data of the page they were currently on when the computer locked up, redoing one page of data is much better than having to redo all 7 of the previous pages.<br>https://journey.temenos.com/docs/Forms/FormOptions/FormBackgroundSaveOverview.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | ## Field Analysis View<br><br>🧊 **Journey Analytics**  \|  👤 **Analytics User**  \|  ☁ **Latest Version**<br><br>The Journey Analytics Field Analysis View displays detailed field-level statistics for a selected section (or All Sections) for all transactions within the selected scope. Use this view to identify abandonment hotspots, optimization opportunities and to understand how users interact with fields within the selected sections.<br><br>https://journey.temenos.com/docs/Insights/InsightsFieldAnalysis.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



**Field Analysis Example - Abandoned**

From the Metric dropdown, choose Abandoned to take a look at field-level abandonment for each field in the section selected.

For each field, the field-level rate indicates the number of transactions where the field was the last to receive user interaction before the transaction was abandoned. In addition to the raw transaction counts, the ratio of total abandoned transactions is also displayed. It's important to examine the actual form design as the culprit field may be a field immediately before or even after the field associated with high abandonment.

Refer to the screenshot example and note the high rate of abandonment for State of Issue field. It may be the case that users face friction with State of Issue Field itself or that users look to the field immediately after State of Issue field, and decide not to proceed with the transaction. Because the last field interacted with in the section was the State of Issue field, its marked as an area of high abandonment.

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | *Id*. |
| writing a script tag associated with a script file to the at least one webpage according to the protocol, the script tag configured to place the script file onto the at least one webpage, the script file configured to locate the at least one HTML element; | Temenos method includes "writing a script tag associated with a script file to the at least one webpage according to the protocol, the script tag configured to place the script file onto the at least one webpage, the script file configured to locate the at least one HTML element." *See, e.g.*, <br><br> **Components Overview** <br><br> 🗿 **Maestro**  \|  👤 **Form Builder**  \| 🕐 **All versions** <br><br> Maestro comes with a wide range of components, also known as widgets, that you use to build forms. Components are the modular building blocks that can be dragged and dropped into all types of designs, including forms, receipts, templates, and even other components. Some components are simple elements, such as the Text Field component, while others provide more complex functionality, such as the LinkedIn Auto-Fill component. <br><br> https://journey.temenos.com/docs/Components/ComponentsOverview.htm <br><br> **Core (Native) Components** <br><br> Core components, also known as Native components, are fundamental components and are shipped with Maestro software so you can use them out of the box. They are the low level components and include HTML, CSS and JS. Native components can be customized and combined to create shared components or added directly into forms, templates, and receipts. <br> *Id*. <br><br> **List of Maestro Components** <br><br> 🗿 **Maestro** \|  👤 **Template Designer • Form Builder** \| 🔄 **22.10** <br><br> Maestro comes with the following components, which you can use in your application forms: <br><br> https://journey.temenos.com/docs/Maestro/ComponentsList.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Rule Template Options

Journey Maestro provides you with the fine control of various component options, including Rule Template options. You can use these options to add custom rule types to a component. Once a rule is configured, you can run its JavaScript from another location of your form.

To configure Rule Templates options for a component:

1. Open a project in your organization.
2. Select the component in the **Component** folder from the Maestro Dashboard.
3. Click **Edit Version.**
4. Click **Component Options** and select **Rule Templates**.



https://journey.temenos.com/docs/Components/ComponentOptions.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Analytics

🔷 **Maestro** | 👤 **Form Builder** | ↻ **21.11**

Maestro allows you to add Analytics properties to a Maestro form using Form Options. You usually do this after you have updated the form's standard page tracking configuration in Manager.

Maestro has limited support for GTM, so it only checks for `window.gtag` or `window.ga` presence in the Page Controller and a Modal Page (when it is visible). For more information, see how to add Google Tag Manager in a Maestro form. However, Maestro is fully integrated with the Journey Analytics module where it send all analytics events t.

To add Analytics properties using the Form Options:

1. Open a Maestro form and select **Form Options**.
2. Select **Analytics > Google Analytics Tracking ID** and enter the Google Analytics Tracking ID. | 🗑 21.11
3. Select **Analytics > Google Analytics Base URL** and enter the Google Analytics Base URL, which is used to tag an event in GMT within a Page Controller and a Modal Page. The example of the GA script is shown below:

```
// Google Analytics - Page Tracking can add GA to the global window scope
if (!window.gtag) {
    gtag('event', 'page_view', {
        page_title: newPage.label,
        page_path: baseUrl + newPage.id
    });
} else if (!window.ga) {
    ga("set", {
        page: baseUrl + newPage.id,
        title: newPage.label
    });
    ga("send", "pageview");
}
```

https://journey.temenos.com/docs/Forms/FormOptions/analytics-form-options.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

# Configure Form Page Tracking

🎁 **Journey Manager (JM)**  |  👤 **Platform Developer** | 🕐 **All versions**

Manager allows you to add third-party page tracking and analytics tags to a form using Google Analytics, Marketo and NetResults template scripts. You can also add any other page tracking as a custom JavaScript.

To configure page tracking for a form:

1. Select **Forms > Forms**
2. Locate a form and click **Edit**.

https://journey.temenos.com/docs/Forms/FormPageTrackingConfiguration.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

6. Select the third-party page tracking system template from the **Tracking Script Template** dropdown list, which will be populated to the **Form Page Tracking Script** text field. The available templates are:

   ○ Google Analytics - replace 'UA-XXXXX-X' with your Google Analytics account ID.

   ○ Marketo - replace 'MUNCHKIN_ACCOUNT_ID' with your Marketo account ID.

   ○ NetResults - use as is.

   ○ Blank - for a custom script where you provide a script in the **Form Page Tracking Script** text field described below.

7. Edit the populated template script or add your own script in the **Form Page Tracking Script** field. The script format is show below:

```
<!-- Google Tag Manager -->
<noscript/noscript>
< script >(function(w,d,s,1,i){...});</script>
<!-- End Google Tag Manager -->
```

For example, you can add the following Google Analytics scrip to track your Maestro forms:

```
<!-- Google Tag Manager -->
<noscript/noscript>
<script>window.addEventListener('DOMContentLoaded', function(){
(function(w,d,s,1,i){w[1]=w[1]||[];w[1].push({'gtm.start':
new Date().getTime(),event:'gtm.js'});var f=d.getElementsByTagName(s)[0],
j=d.createElement(s),dl=l!='dataLayer'?'&l='+l:'';j.async=true;j.src=
'https://www.googletagmanager.com/gtm.js?id='+i+dl;f.parentNode.insertBefore(j,f);
})(window,document,'script','dataLayer','GTM-XXX');
});</script>
<!-- End Google Tag Manager -->
```

ⓘ **NOTE**

You can't add an input tag HTML element within the body tag, such as the one shown below:

```
<input type="hidden" name="formCode" id="submission_formCode" value="$form.formCode"/>
```

However, you can add it into the actual Maestro form as the HTML element into a static text component label.

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | *Id.* |
| building a data structure based on the incomplete electronic form that comprises at least the user-entered text; | Temenos "build[s] a data structure based on the incomplete electronic form that comprises at least the user-entered text." *See, e.g.,*<br><br>## Delivery Channels Overview<br><br>⬡ Journey Manager (JM)  \|  👤 System Manager / DevOps  \|  ⟳ 21.05<br><br>Journey Manager comes with several delivery channels to allow you to send user form submissions to a platform backend or a third-party system for processing. After a user submits a form, a delivery channel determines what happens to the submitted, abandoned or invalid form transactions.<br><br>A delivery channel transfers submitted user form details to a platform back-end or to a third-party system using one of the following mechanisms:<br><br>1. PDF receipt - a readable copy of a form with user details.<br>2. Form XML data - a machine-readable copy of form details in XML format.<br>3. Attachment - a file which is a part of a form submission, for example, a copy of a driver license.<br><br>https://journey.temenos.com/docs/DeliveryChannels/DeliveryChannelsOverview.htm<br><br>## Form Data Configuration Overview<br><br>⬡ Journey Manager (JM)  \|  👤 Platform Developer  \|  🕐 All versions<br><br>Manager uses XML format to represent data it is working with. Manager automatically generates a default XML data structure to handle the data passed between the server and a form. When a user selects a form, Manager starts to controls the data flow that can be one of the followings:<br>https://journey.temenos.com/docs/Forms/Data/FormDataConfigurationOverview.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

# Form XML Data Payload

🔷 **Maestro** | 👤 **Form Builder** | 🕐 **All versions**

Each Journey Maestro form has the XML Data Payload, which is the XML layer that represents the user's input data of the form and is used for external systems integration. This layer is created when a form is built. Most components are added to the XML layer by default, except for pages, sections, blocks, and data fields. For more information, see data model overview.

The default form XML data payload is a flat structure XML document, which only includes components, but not the hierarchy they belong to. This is illustrated by the following form with two fields, First Name and Surname, that appear in two different sections of the form.



https://journey.temenos.com/docs/Forms/Data/FormXMLDataPayload.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



https://journey.temenos.com/docs/Operations/ViewAbandonedTransactions.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | To search the abandoned transactions list by one or more criteria, specify the following settings and click **Search**: |
| | • Spaces |
| | • Transaction Score |
| | • Abandonment Type: User, System, Administrator, or Ineligible. |
| | • Transaction text, or part of a transaction text. |
| | • Name |
| | • Start Date and End Date. |
| | *Id.* |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

# Abandoned Transactions View

🔷 **Journey Manager (JM)** | 👤 **System Manager / DevOps** | 🗓 **22.04**

Journey Manager allows you to view abandoned transactions so you can inspect them and make some corrective actions, such as changing their status. You can interact with these transactions on the Abandoned Transactions view. This view appears on the Operations portal's List screen. For general information about the List screen, see Manage Transactions.

> ⓘ **NOTE**
>
> The Abandoned Transactions view is the same as the **Operations > Abandoned Transactions** menu item in the Journey Manager console. For more information about this menu item, see View Abandoned Transactions.



By default, the Abandoned Transactions view shows transactions that satisfy the following conditions.

* `formStatus` is Abandoned.

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | https://journey.temenos.com/docs/operations-portal/op-view-abandoned-txns.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Item List

The item list in this view includes the following fields.

**Tracking Code**

A transaction identifier, globally unique in your Journey Manager database. For more information about tracking codes, see Configure Receipt Numbers and Tracking Codes.

**Form**

The name of a Maestro form. For more information about forms, see Maestro Forms.

**Organization**

A business entity or part thereof, such as a company, government department, or product group. For more information about organizations, see Introduction to Organizations and Organizations Overview.

**Created On**

When the transaction was created.

**Form Status**

The status of a form transaction. For more information about form status, see Transaction Support Search.

**Time**

The transaction's request time; that is, when it was created.

**Space**

The transaction's form space. For more information about form spaces, see Form Spaces Overview.

**Data Deleted**

The transaction's user PII data has been deleted.

**User / Contact Email**

The user who created the transaction or their contact email address.

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | *Id.* |
| | ## Form Background Save |
| | 📦 **Maestro** \| 👤 **Form Builder** \| 🕐 **All versions** |
| | Journey Maestro has the background save functionality that automatically saves a form to a Journey Manager server in the background, without a user having to explicitly click the **Save** button. The background save option must be enabled for the form to be saved each time the user moves from one page to another. |
| | Background save allows a user to return to a form even if something goes wrong while they are entering data. For example, the user is completing a 10-page form and they get to page 8 and all of a sudden, their computer locks up and closes the browser. With background save enabled, this data can be recovered using the form reference code, so the user can return to page 8 of the form. Though the user may lose the data of the page they were currently on when the computer locked up, redoing one page of data is much better than having to redo all 7 of the previous pages. https://journey.temenos.com/docs/Forms/FormOptions/FormBackgroundSaveOverview.htm |
| communicating with one or more databases to obtain additional information about the user based at least in part on the user-entered text obtained from the incomplete electronic form; | Temenos "communicat[es] with one or more databases to obtain additional information about the user based at least in part on the user-entered text obtained from the incomplete electronic form;" *See, e.g.,* |
| | ## Form Property Prefill Mapping |
| | 📦 **Journey Manager (JM)**  \|  👤 **Platform Developer**  \| ↻ **18.11** |
| | Manager allows you to map form properties to values within the form seed for prefill purposes. You can use this functionality in several ways. For example, when a user logs in to a form space and starts to fill in a form, user's contact details are already prefilled. This is achieved with the properties mechanism to prefill a form when it is rendered to a user. This mechanism relies on mapping a target form data field to the related user property using XPath variables. These user properties are of special type so each value is automatically sourced from the logged in user's profile. https://journey.temenos.com/docs/Forms/Data/FormPropertyPrefillMapping.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| | ing a target form data field to the related user property using XPath variables. These user each value is automatically sourced from the logged in user's profile. |
| | XPath (XML Path Language) is a query language for selecting nodes from an XML document. In addition, XPath may be used to compute values (e.g., strings, numbers, or Boolean values) from the content of an XML document. XPath was defined by the World Wide Web Consortium (W3C). |
| | *Id.* |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

5. Click **Edit** to create or update the data mappings. You have the following options to map elements depending on your Manager version:
   - Use drag and drop.
   - Use XPath configuration. | ➕ 18.11

6. Click **Save** to update the changes.

7. Check the updated mappings. In this example, the scope of these properties is **User**, so the values are sourced from the logged in user's profile.

**Credit Card Application - Version 2 - Form Data Config**
Home Dashboard ▸ Form ▸ Form Data Config

| Configuration Mapping | Form XML Data | Property Prefill Mapping | Request Param Prefill Mapping | Input XML Prefill Mapping | Form Data Extract Mapping |
|---|---|---|---|---|---|

Property Prefill Mappings enable forms to be dynamically prefilled with data from the User Profile, Form Properties or Organization Properties.

| Property Name | Scope | Form XPath |
|---|---|---|
| Email | User | ://Email |
| Family Name | User | ://LastName |
| Given Name | User | ://FirstName |

Prefill with Organization Property Values ☐ ❓
Update User Profile on Submission ☐ ❓

[Edit] [Save] [Close]

8. Select the **Prefill with Organization Property Values** checkbox to use organization (client scope) defined property values to prefill the form.

Warning

Organizations property values will be overridden by property values defined at the form version level.

> ⓘ **NOTE**
>
> This setting doesn't apply to user properties.

9. Select the **Update User Profile on Submission** checkbox to use the mapping for user properties at submission time to store data the user entered into the form back into the user profile.

*Id.*

## Access Form Reference Data

🟦 Maestro | 👤 Form Builder | • Platform Developer | 🔼 19.05

Many applications require some type of reference data that infrequently changes, such as lists of countries, vehicle manufacturers/models/years, titles, product types, and much more.

Maestro has the flexibility to allow Form Designers to access reference data in a variety of ways. There are several techniques that can be used to access reference data. They have their benefits and pitfalls as described below.

https://journey.temenos.com/docs/Maestro/access-form-ref-data.htm

## Journey Exchange Overview

🟦 Exchange  | 👤 Platform Developer | 🕐 All versions

The Journey Exchange is a catalog of pre-integrated FinTech applications written for Maestro, such as Mitek, FIS, Mastersoft, and LexisNexis, to extend the power of the Temenos Journey Manager (TJM) platform.

These third party integration packages are made available to our Journey Manager customers for use in their online customer applications. A list of published and available packages per region is maintained at: Exchange Packages

The Journey Exchange catalog has been integrated into Journey Manager from 18.05 to allow you to easily download Exchange packages directly into your Manager environment.

You will need Exchange permissions to be able to do this. However, for all earlier versions of Manager, a zip file gives you access to the Exchange package services and Maestro assets. To find out more, refer to:

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

https://journey.temenos.com/docs/Exchange/ExchangeOverview.htm



*Id*. (image at
https://journey.temenos.com/docs/Resources/Images/Exchange/exchange_architecture_diagram_new_names_thumb_780_0.
png)

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | | |
|---|---|---|
| au10tix | Au10tix | A global identity verification solution that authenticates and validates ID documents by processing document images in real-time. |
| AuthenticID | AuthenticID | AuthenticID provides automated real-time identity authentication and decisioning on mobile devices. |

https://journey.temenos.com/docs/Exchange/package-list.htm

| | | |
|---|---|---|
| equifax.businesslookup | Equifax Business Lookup | Provides lookup capabilities for Australian businesses and organisations using the Equifax OrgID, CBO and Company Report services |
| equifax.idmatrix | Equifax IDMatrix | Real-time identity verification of Australian individuals using the Equifax IDMatrix service |

*Id.*

| | | |
|---|---|---|
| experian.dataquality | Experian Data Quality | Global address lookup and autocomplete using the Experian Data Quality APIs (formerly QAS) |
| facebook | Facebook | Auto-fill personal information into a form from a Facebook account. |
| fis.chexsystems-TIF | fis.chexsystems-TIF | Integrates the FIS ChexSystems to support QualiFile (for individual risk scoring for deposit account opening in the US), OFAC, Identity Verification (IDV) and Identity Authorization (IDA - out-of-wallet questions) |

*Id.*

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | | |
|---|---|---|
| iovation-TAF | Iovation-TAF | Global fraud prevention service using device-based intelligence along with application data. |
| lexisnexis.instantid | LexisNexisInstantID | Online identity verification services for US individuals using the LexisNexis InstantID and InstantID Q&A services. |
| lexisnexis.trueid | LexisNexisTrueID | US ID document scanning for prefill and document authenticity using the LexisNexis TrueID service. |

*Id.*

| | | |
|---|---|---|
| melissa | Melissa Global Intelligence | Global address search, auto-complete and verification services. |
| mitek.tiden | Mitek Tiden | Prefill forms by taking a photo of a Driver's License |
| plaid-TAF | Plaid-TAF | Plaid makes it easy to access high-quality transaction data, validate account ownership, and mitigate risks in a user-friendly way |

*Id.*

| | | |
|---|---|---|
| Socure | Socure | Socure's identity and document verification services increase auto approval rates, reduce false positives and capture more fraud, in real time. |
| trulioo.globalgateway | Trulioo GlobalGateway | International online identity verification using the Trulioo GlobalGateway service. |

*Id.*

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## APIs for Developers

Version: 22.10

### Introduction

The Temenos Journey Manager (TJM) platform provides a suite of developer aids to help you build great TJM solutions. TJM has an extensible service-based architecture that allows developers to create sophisticated form transaction applications using plug-in services for key extension points. The foundation for TJM solution development is Journey SDK.

Generally, all Journey API documentation is updated with each software release. However, if the documentation you're looking for is not updated in this release, you can refer to the documentation for the most recent prior release. Any exceptions to this are noted in the release notes.

https://journey.temenos.com/api/

## About Journey SDK

Version: 22.10

### Introduction

The Journey Manager Software Developers Kit (Journey SDK) supports the development of Temenos Journey Manager (TJM) applications using modern developer tools and continuous integration (CI) build systems. Journey SDK build tools are provided as Java Ant tasks which can be used in Ant, Maven and Gradle based build systems, and are generally well supported in Java IDEs such as Eclipse and IntelliJ.

You can check for a new Journey SDK release on the TJM resources website.

https://journey.temenos.com/api/sdk/introduction; *see also* https://journey.temenos.com/api/2210/fluent-api/index.html

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Delivery Channels Overview

◈ **Journey Manager (JM)**  |  👤 **System Manager / DevOps**  | ↻ **21.05**

Journey Manager comes with several delivery channels to allow you to send user form submissions to a platform backend or a third-party system for processing. After a user submits a form, a delivery channel determines what happens to the submitted, abandoned or invalid form transactions.

A delivery channel transfers submitted user form details to a platform back-end or to a third-party system using one of the following mechanisms:

1. PDF receipt - a readable copy of a form with user details.

2. Form XML data - a machine-readable copy of form details in XML format.

3. Attachment - a file which is a part of a form submission, for example, a copy of a driver license.

https://journey.temenos.com/docs/DeliveryChannels/DeliveryChannelsOverview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

# facebook

👤 Simone Polisano   📅 Mar 18, 2021                                    ⚙ ▾

| | |
|---|---|
| **Package Name** | Facebook |
| **Readme** | readme.html |
| **Summary** | Auto-fill personal information into a form from a Facebook account. |

## Description

This package provides client-side integration to Facebook for the purposes of retrieving personal information from an individual's profile and populating fields in the form.

https://journey.temenos.com/index.php/facebook

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## LinkedIn Auto-Fill

🏷 **Maestro** | 👤 **Form Builder** | 🕐 **All versions**

Maestro comes with the LinkedIn Auto-Fill component.

### Usage

1. Open the **Palette** pane in the Maestro Editor.
2. Locate the **LinkedIn Auto-Fill** component within the **Identity** folder.
3. Drag the component into the **View** pane or the **Wireframe**.
4. Configure the component's properties via the **Properties** pane.

### Properties

The following properties are available to the LinkedIn Auto-Fill component:

### Api Config

| Client ID | Text | apiKey |
|---|---|---|
| | | |

https://journey.temenos.com/docs/Maestro/Components/LinkedInAutoFill.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Temenos Journey Manager Integration

⬡ Platform | 👤 All Personas | ⏱ All versions

The Temenos Journey Manager enables digital interaction between an organization and its customers. Because of the importance of this interaction, there is often a need to integrate between the Temenos Journey Manager platform and other systems. In some cases, the integration required can be minimal, but integration can be quite extensive.

- Integration areas occur at different stages within the interaction between a user and the organization.
- Within each integration area, there are different integration implementations, to support different technologies used by different organizations.

### Integration Areas

There are several key areas or stages in which integrations generally occur during transactions:

- Transactions Discovery
- Data Pre-population
- Data Entry Streamlining
- Execution
- Save and Resume
- Delivery

This is illustrated in the diagram below.



These integration stages are detailed described below.

https://journey.temenos.com/docs/Platform/platform-integration-overview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| storing contact profile information that comprises at least a portion of the user-entered text obtained from the incomplete electronic form and at least a portion of the additional information about the user obtained from the one or more databases; and | Temenos "stor[es] contact profile information that comprises at least a portion of the user-entered text obtained from the incomplete electronic form and at least a portion of the additional information about the user obtained from the one or more databases." *See, e.g.*, |

## Form Background Save

🔷 Maestro | 👤 Form Builder | 🕐 All versions

Journey Maestro has the background save functionality that automatically saves a form to a Journey Manager server in the background, without a user having to explicitly click the **Save** button. The background save option must be enabled for the form to be saved each time the user moves from one page to another.

Background save allows a user to return to a form even if something goes wrong while they are entering data. For example, the user is completing a 10-page form and they get to page 8 and all of a sudden, their computer locks up and closes the browser. With background save enabled, this data can be recovered using the form reference code, so the user can return to page 8 of the form. Though the user may lose the data of the page they were currently on when the computer locked up, redoing one page of data is much better than having to redo all 7 of the previous pages.
https://journey.temenos.com/docs/Forms/FormOptions/FormBackgroundSaveOverview.htm

## Saved Transactions View

🔷 Journey Manager (JM)  | 👤 System Manager / DevOps | ➕ 22.04

Journey Manager allows an administrator to view and update saved transactions.You can interact with these transactions on the Saved Transactions view. This view appears on the Operations portal's List screen. For general information about the List screen, see Manage Transactions.
https://journey.temenos.com/docs/operations-portal/op-view-saved-txns.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Abandoned Transactions View

🌐 **Journey Manager (JM)** | 👤 **System Manager / DevOps** | ➕ **22.04**

Journey Manager allows you to view abandoned transactions so you can inspect them and make some corrective actions, such as changing their status. You can interact with these transactions on the Abandoned Transactions view. This view appears on the Operations portal's List screen. For general information about the List screen, see Manage Transactions.

ⓘ **NOTE**

The Abandoned Transactions view is the same as the **Operations > Abandoned Transactions** menu item in the Journey Manager console. For more information about this menu item, see View Abandoned Transactions.



By default, the Abandoned Transactions view shows transactions that satisfy the following conditions.

- `formStatus` is Abandoned.

https://journey.temenos.com/docs/operations-portal/op-view-abandoned-txns.htm

- 39 -

**Item List**

The item list in this view includes the following fields.

**Tracking Code**

A transaction identifier, globally unique in your Journey Manager database. For more information about tracking codes, see Configure Receipt Numbers and Tracking Codes.

**Form**

The name of a Maestro form. For more information about forms, see Maestro Forms.

**Organization**

A business entity or part thereof, such as a company, government department, or product group. For more information about organizations, see Introduction to Organizations and Organizations Overview.

**Created On**

When the transaction was created.

**Form Status**

The status of a form transaction. For more information about form status, see Transaction Support Search.

**Time**

The transaction's request time; that is, when it was created.

**Space**

The transaction's form space. For more information about form spaces, see Form Spaces Overview.

**Data Deleted**

The transaction's user PII data has been deleted.

**User / Contact Email**

The user who created the transaction or their contact email address.

*Id*.; *see also* https://journey.temenos.com/docs/operations-portal/op-view-saved-txns.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Temenos Journey Manager Integration

🌐 **Platform** | 👤 **All Personas** | 🕐 **All versions**

The Temenos Journey Manager enables digital interaction between an organization and its customers. Because of the importance of this interaction, there is often a need to integrate between the Temenos Journey Manager platform and other systems. In some cases, the integration required can be minimal, but integration can be quite extensive.

- Integration areas occur at different stages within the interaction between a user and the organization.
- Within each integration area, there are different integration implementations, to support different technologies used by different organizations.

### Integration Areas

There are several key areas or stages in which integrations generally occur during transactions:

- Transactions Discovery
- Data Pre-population
- Data Entry Streamlining
- Execution
- Save and Resume
- Delivery

This is illustrated in the diagram below.



These integration stages are detailed described below.

https://journey.temenos.com/docs/Platform/platform-integration-overview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

| | |
|---|---|
| sending to the user, a personalized message based at least in part on the at least one HTML element and the contact profile information. | Temenos "send[s] to the user, a personalized message based at least in part on the at least one HTML element and the contact profile information." *See, e.g.,* <br><br> Manager / SMTP Email / Outgoing Email Service Overview  <br><br> **Outgoing Email Service Overview** <br><br> 📦 Journey Manager (JM) \| 👤 System Manager / DevOps \| 🕐 All versions <br><br> Journey Manager uses a SMTP server to send emails to various types of users, such as application form users, system administrators and DevOps, to notify them about the following events: <br><br> • A link to a user to download a PDF receipt of their completed transaction <br> • A PDF receipt as an attachment to a user directly <br> • A form is saved, shared, submitted, and so on <br> • Delivery process <br> • Form promotions <br> • Scheduled reports <br> • Alerts and system notifications <br><br> Emails are either sent directly as part of application form processes or can be scheduled using the email queue. The later provides a mechanism of sending emails, keep track of sent emails including their statuses, and re-send emails. <br> https://journey.temenos.com/docs/System/OutgoingEmailServiceOverview.htm |

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

## Journey Exchange Overview

🎁 **Exchange** | 👤 **Platform Developer** | 🕐 **All versions**

The Journey Exchange is a catalog of pre-integrated FinTech applications written for Maestro, such as Mitek, FIS, Mastersoft, and LexisNexis, to extend the power of the Temenos Journey Manager (TJM) platform.

These third party integration packages are made available to our Journey Manager customers for use in their online customer applications. A list of published and available packages per region is maintained at: Exchange Packages

The Journey Exchange catalog has been integrated into Journey Manager from 18.05 to allow you to easily download Exchange packages directly into your Manager environment.

You will need Exchange permissions to be able to do this. However, for all earlier versions of Manager, a zip file gives you access to the Exchange package services and Maestro assets. To find out more, refer to:

https://journey.temenos.com/docs/Exchange/ExchangeOverview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform



*Id*. (image at
https://journey.temenos.com/docs/Resources/Images/Exchange/exchange_architecture_diagram_new_names_thumb_780_0.png)

Amazon SNS                    Amazon SNS

Amazon Simple Notification Service (SNS) is a flexible, fully managed pub/sub messaging and mobile notifications service for coordinating the delivery of messages to subscribing endpoints and clients.

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

https://journey.temenos.com/docs/Exchange/package-list.htm

## Configure Form Bundles

🎖 **Journey Manager (JM)** | 👤 **System Manager / DevOps** | 🕐 **All versions**

Manager allows you to configure form bundles using the following pre-defined set of job definition elements that are part of step and action attributes or properties.

https://journey.temenos.com/docs/FormBundles/FormBundleJobDefinition.htm

For larger blocks of formatted text such as HTML email message bodies, we often use Apache Velocity for templating operations. Velocity provides powerful templating capabilities and is useful for keeping large amounts of formatted text out of your code.

In the example below, the message Velocity template is provided as an external service parameter. This value is used to create a Velocity `StringTemplate` which is merged with the model map to create the SOAP message.

```
import com.avoka.core.util.StringTemplate

def model = [:]
model.accountName = ...
model.ruleset = ...
model.transID = ...

def message = new StringTemplate(serviceParameters.messageTemplate).merge(model)
```

https://journey.temenos.com/api/svcs-guide/groovy-guide/groovy-declarations/

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

### properties

The `properties` property defines the job definition properties. The snippet of the `properties` property is shown below:

```
"properties": [
    { "name": "Task Assign Group",  "value": "$func.formProperty('Initial Review')" },
    { "name": "Task Type",  "value": "Review" },
]
```

Properties can be used to pass information into an instance of the Action Service. In this case, they are called action properties and can be defined at the action, step or collaboration job level. Properties with the same name defined at an action level override properties defined at the step level. Step override properties of the same name at the job level. This is illustrated in the snippet below:

https://journey.temenos.com/docs/Services/JobDefinitionOverview.htm

**EXHIBIT F**
**U.S. Patent No. 10,769,358**
Temenos Journey Manager Platform

The `properties` has the following attributes:

| Attribute Name | Description |
|---|---|
| name | The name of the property. The predefined action services, such as the job task assign service, have a set number of action properties |
| value | A property value that can include an Apache Velocity template. The action properties are templates that are evaluated when an action service is run. The templates can be:<br><br>• static text values, for example, `{ "name": "Task Email Message", "value": "An Email Message" }`<br><br>• substitute values from the form data extract, for example, `{ "name": "Process Message Text", "value": "Your ${job.submission.formName} application is at the Initial Review Step" }` |
| template | It evaluates the value as a velocity template and forces the return value to return a String. This can evaluate nested function calls. This is can be used with property values that start with "$func", these can return an object. For example, `$func.startUser()` will return a user.<br><br>`{ "name": "Task Email Message", "value": "$func.getSubmission().formXml()", "template": "true" }` |

*Id*.