UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOV-ology LLC,<br><br>              Plaintiff,<br><br>v.<br><br>Temenos AG,<br>Temenos U.S.A., Inc.,<br>Temenos Cloud Americas, LLC,<br>Avoka (USA), Inc., and<br>Kony, Inc.,<br><br>              Defendants. | Civil Action No. 6:23-cv-00391-ADA<br><br>**Jury Trial Demanded** |

## Notice of Jurisdictional Discovery

Plaintiff MOV-ology LLC provides this notice under Section V of the Court's OGP Version 4.3 that it intends to take jurisdictional discovery from Defendants Temenos Cloud Americas, LLC and Avoka (USA), Inc. (collectively, "Defendants") before responding to Defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(3) (ECF No. 30). The resulting schedule for jurisdictional discovery and briefing under the Court's current OGP is as follows:

| Event | Date/Deadline |
|---|---|
| Motion to Dismiss Filed | August 10, 2023 |
| Jurisdictional Discovery Completion Deadline | October 19, 2023 |
| MOV-ology's Response Brief Deadline | November 2, 2023 |
| Defendants' Reply Brief Deadline | Two weeks after filing of MOV-ology's Response Brief |

Respectfully submitted,

Dated: August 15, 2023

By: */s/ Patrick A. Fitch*
    Karl Rupp (State Bar No. 24035243)
      krupp@soreylaw.com
    **Sorey & Hoover LLP**
    100 North Sixth Street, Suite 502
    Waco, Texas 76701
    Telephone: 903-230-5600

    Robert R. Brunelli (*pro hac vice* forthcoming)
      rbrunelli@sheridanross.com
    Patrick A. Fitch (*pro hac vice* forthcoming)
      pfitch@sheridanross.com
    Alex W. Ruge (*pro hac vice* forthcoming)
      aruge@sheridanross.com
    Angela J. Bubis (*pro hac vice* forthcoming)
      abubis@sheridanross.com
    **Sheridan Ross P.C.**
    1560 Broadway, Suite 1200
    Denver, Colorado 80202
    Telephone: 303-863-9700
    Facsimile:  303-863-0223
    litigation@sheridanross.com

*Attorneys for Plaintiff MOV-ology LLC*

## Certificate of Service

I hereby certify that, on August 15, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Thomas J. Armento*
Thomas J. Armento
Paralegal
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
litigation@sheridanross.com