UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| MOV-ology LLC, <br><br> Plaintiff, <br> v. <br><br> Temenos AG, <br> Temenos U.S.A., Inc., <br> Temenos Cloud Americas, LLC, <br> Avoka (USA), Inc., and <br> Kony, Inc., <br><br> Defendants. | Civil Action No. 6:23-cv-00391-ADA <br><br> **Jury Trial Demanded** |

**Plaintiff's Answer to Defendants Temenos U.S.A., Inc. and Kony, Inc.'s Counterclaims to Complaint (ECF No. 31)**

Plaintiff MOV-ology LLC ("MOV-ology") provides its Answer to Defendants Temenos U.S.A., Inc. and Kony, Inc.'s ("Counterclaimants") Counterclaims to MOV-ology's Complaint:

**Counterclaims**

1. MOV-ology admits that Counterclaimants allege certain counterclaims against MOV-ology in their answer to the Complaint. MOV-ology denies any remaining allegations in this paragraph.

**Nature of the Action**

2. MOV-ology denies that Counterclaimants do not infringe either of the Patents-in-Suit. MOV-ology further denies that either of the Patents-in-Suit is invalid. MOV-ology denies any remaining allegations in this paragraph.

## Parties

3. MOV-ology admits that it is a limited liability company organized under Delaware law. MOV-ology denies any remaining allegations in this paragraph.

4. MOV-ology lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and denies them on that basis.

5. MOV-ology lacks knowledge or information sufficient to form a belief about the truth of the allegations in this paragraph and denies them on that basis.

## Jurisdiction and Venue

6. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology admits that these counterclaims include claims for declaratory judgment and that this Court has subject matter jurisdiction over these counterclaims. MOV-ology denies any remaining allegations in this paragraph.

7. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology admits that it brought suit against the Counterclaimants for infringement of the Patents-in-Suit in this District and that this Court has personal jurisdiction over the parties and is a proper venue to hear these counterclaims. MOV-ology denies any remaining allegations in this paragraph.

8. MOV-ology admits that it sued the Counterclaimants for infringement of the Patents-in-Suit. Based on its investigation to date, MOV-ology admits that the Counterclaimants presently deny their infringement and contest the validity of the Patents-in-Suit. MOV-ology denies any remaining allegations in this paragraph.

9. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology admits that whether Counterclaimants infringe the

Patents-in-Suit is before this Court in this action. MOV-ology denies any remaining allegations in this paragraph.

### Count I – Non-Infringement of the '282 Patent

10. MOV-ology repeats all its responses in the preceding paragraphs as if fully set forth herein.

11. MOV-ology admits that it owns all right, title, and interest in the '282 patent and that it accuses Counterclaimants of infringement of the '282 patent. MOV-ology denies any remaining allegations in this paragraph.

12. MOV-ology denies the allegations in this paragraph.

13. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology admits that it accuses Counterclaimants of infringement of the '282 patent and that a valid and justiciable controversy has arisen and exists between MOV-ology and Counterclaimants regarding Counterclaimants' infringement. MOV-ology denies any remaining allegations of this paragraph.

14. MOV-ology denies the allegations in this paragraph.

15. MOV-ology denies the allegations in this paragraph.

16. MOV-ology denies the allegations in this paragraph.

### Count II – Non-Infringement of the '358 Patent

17. MOV-ology repeats all its responses in the preceding paragraphs as if fully set forth herein.

18. MOV-ology admits that it owns all right, title, and interest in the '358 patent and that it accuses Counterclaimants of infringement of the '358 patent. MOV-ology denies any remaining allegations in this paragraph.

19. MOV-ology denies the allegations in this paragraph.

20. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology admits that it accuses Counterclaimants of infringement of the '358 patent and that a valid and justiciable controversy has arisen and exists between MOV-ology and Counterclaimants regarding Counterclaimants' infringement. MOV-ology denies any remaining allegations of this paragraph.

21. MOV-ology denies the allegations in this paragraph.

22. MOV-ology denies the allegations in this paragraph.

23. MOV-ology denies the allegations in this paragraph.

### Count III – Invalidity of the '282 Patent

24. MOV-ology repeats all its responses in the preceding paragraphs as if fully set forth herein.

25. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology denies the allegations in this paragraph.

26. MOV-ology admits that the '282 patent is valid and that a valid and justiciable controversy has arisen and exists between MOV-ology and Counterclaimants regarding the validity of the '282 patent. MOV-ology denies any remaining allegations in this paragraph.

27. MOV-ology denies the allegations in this paragraph.

28. MOV-ology denies the allegations in this paragraph.

### Count IV – Invalidity of the '358 Patent

29. MOV-ology repeats all its responses in the preceding paragraphs as if fully set forth herein.

30. This paragraph states conclusions of law that require no response. To the extent MOV-ology must respond, MOV-ology denies the allegations in this paragraph.

31. MOV-ology admits that the '358 patent is valid and that a valid and justiciable controversy has arisen and exists between MOV-ology and Counterclaimants regarding the validity of the '358 patent. MOV-ology denies any remaining allegations in this paragraph.

32. MOV-ology denies the allegations in this paragraph.

33. MOV-ology denies the allegations in this paragraph.

### Response to Defendants' Prayer for Relief

MOV-ology denies all allegations in subparagraphs (a)-(e) of Counterclaimants' Prayer for Relief.

### Jury Demand

MOV-ology demands a trial by jury on all issues so triable.

Respectfully submitted,

Dated: August 31, 2023

By: */s/ Patrick A. Fitch*
Karl Rupp (State Bar No. 24035243)
  krupp@soreylaw.com
**Sorey & Hoover LLP**
100 North Sixth Street, Suite 502
Waco, Texas 76701
Telephone: 903-230-5600

Robert R. Brunelli (admitted *pro hac vice*)
  rbrunelli@sheridanross.com
Patrick A. Fitch (admitted *pro hac vice*)
  pfitch@sheridanross.com
Alex W. Ruge (admitted *pro hac vice*)
  aruge@sheridanross.com
Angela J. Bubis (admitted *pro hac vice*)
  abubis@sheridanross.com
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone: 303-863-9700
Facsimile:  303-863-0223
litigation@sheridanross.com

*Attorneys for Plaintiff MOV-ology LLC*

## Certificate of Service

I hereby certify that onAugust 31, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

/s/ Thomas J. Armento
Thomas J. Armento
Paralegal
tarmento@sheridanross.com
**Sheridan Ross P.C.**
1560 Broadway, Suite 1200
Denver, Colorado 80202
Telephone:  303-863-9700
Facsimile:   303-863-0223
litigation@sheridanross.com